**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |
|---|---|

**SECOND MASTER STIPULATION AND ORDER**
**DISMISSING WITH PREJUDICE CLAIMS**
**PURSUANT TO WALGREEN NATIONAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendants Walgreen Co., Walgreen Eastern Co., Inc., and Walgreens Boots Alliance, Inc. (together, "Walgreen"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Walgreen Settlement Agreement, which is dated December 9, 2022, and is binding on the Dismissing Plaintiffs and the Walgreen Defendants, and which has an Effective Date of August 7, 2023 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against any Walgreen Defendant, including any entity identified on the attached Appendix C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own

[1] The Released Entities are each and every entity of any of the Walgreen Defendants that is a "Released Entity" as set forth in Section I.MMM and Exhibit J of the Walgreen Settlement Agreement, dated as of December 9, 2022, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Walgreen Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Walgreen Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

costs. The Court shall retain jurisdiction with respect to the Walgreen Settlement Agreement to the extent provided under that Agreement.[2]

Dated: October 9, 2024

Respectfully submitted,

Agreed as to form and substance:

*/s/Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

*/s/Joseph F. Rice*
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

*/s/Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue
San Juan, PR 00918
Phone: 304-654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

[2] To the extent any Plaintiff Subdivision is inadvertently included on Appendix A, the Court retains jurisdiction to hear those disputes. In advance of raising any such issue with the Court, the Plaintiff Subdivision must meet and confer with defense counsel and Plaintiffs' Liaison Counsel.

**Walgreen**

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
kate.swift@bartlitbeck.com

*Attorneys for Defendants Walgreen Co., Walgreen Eastern Co., Inc., and Walgreens Boots Alliance, Inc.*

SO ORDERED this 11th day of October, 2024.

*s/Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge